Sophie Hodge, as Administratrix of the Estate of John Hodge, Deceased, Appellant, *v.* Frederic E. Lyford, as Trustee in Bankruptcy of New York, Ontario & Western Railway Company, Respondent.

Submitted October 5, 1948; decided October 14, 1948.

*James Dempsey, Bartholomew A. Moynahan* and *Louis L. Berko* for appellant.

*Willard B. Vander Voort* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of the Probate of the Will of DANIEL B. LEARY, Deceased. MABEL O. LEARY et al., Appellants; ADELLE H. LAND, Respondent.

Argued June 1, 1948; decided October 14, 1948.